UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SYSCO INDIANAPOLIS, LLC, )<br>)<br>Plaintiff/Counterclaim Defendant )<br>)<br>v. )<br>)<br>CHAUFFEURS, TEAMSTERS, )<br>WAREHOUSEMEN AND HELPERS, )<br>LOCAL UNION NO. 135, )<br>)<br>Defendant/Counterclaim Plaintiff ) | CAUSE NO.: 1:12-cv-0503-TWP-DKL |

## ORDER

Before the Court is the motion to substitute counsel of Plaintiff/Counterclaim Defendant, Sysco Indianapolis, LLC. For good cause shown, Plaintiff/Counterclaim Defendant's motion is GRANTED. David S. Wagner, formerly of the law firm of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., is hereby withdrawn as counsel for Plaintiff/Counterclaim Defendant. Matthew J. Kelley of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., shall be substituted as counsel of record for Plaintiff/Counterclaim Defendant.

IT IS SO ORDERED this 09/05/2012

_Denise K. LaRue_
Denise K. LaRue
United States Magistrate Judge
Southern District of Indiana

**DISTRIBUTION:**

Matthew S. Kelley
OGLETREE DEAKINS NASH SMOAK & STEWART, P.C.
david.wagner@ogletreedeakins.com

Steven F. Pockrass
OGLETREE DEAKINS NASH SMOAK & STEWART, P.C.
steve.pockrass@ogletreedeakins.com

William R. Groth
FILLENWARTH DENNERLINE
 GROTH & TOWE LLP
wgroth@fdgtlaborlaw.com

12938598.1 (OGLETREE)